No. 97–7889. ASPELMEIER v. ILLINOIS. App. Ct. Ill., 3d Dist. Certiorari denied.

No. 97–7892. TARR v. ESHENBAUGH ET UX. Super. Ct. Pa. Certiorari denied.

No. 97–7893. ALLARD v. ELO, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 97–7894. SAELEE v. CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 97–7895. CONROD v. DAVIS ET AL. C. A. 8th Cir. Certiorari denied.

No. 97–7898. NIK-KHAH v. ZANDI. Ct. App. Kan. Certiorari denied.

No. 97–7901. MURRAY v. UNIVERSITY OF MARYLAND MEDICAL SYSTEMS. C. A. 4th Cir. Certiorari denied.

No. 97–7904. HEARD v. IOWA FINANCE AUTHORITY ET AL. Dist. Ct. Iowa, Polk County. Certiorari denied.

No. 97–7907. HOFFMANN v. GSF INVESTMENT CO. Dist. Ct. App. Fla., 3d Dist. Certiorari denied.

No. 97–7912. HENRY v. LANGNER & ASSOCIATES, INC. C. A. 9th Cir. Certiorari denied.

No. 97–7913. GIBSON v. MURRAY ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 97–7915. FOLLETT v. ARIZONA. C. A. 9th Cir. Certiorari denied.

No. 97–7916. ERDHEIM v. THALER. C. A. 2d Cir. Certiorari denied.

No. 97–7920. SAMPSON v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 97–7924. LINCOLN v. HEE ET AL. Sup. Ct. Haw. Certiorari denied.